AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Francisco Javier RAMIREZ-ROMERO

## CRIMINAL COMPLAINT

Case Number: M-26-0572-M

IAE    YOB: 2001
Guatemala

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __February 13, 2026__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Francisco Javier RAMIREZ-ROMERO was encountered by Border Patrol Agents near Mission, Texas, on February 13, 2026. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 13, 2026, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 4, 2025, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA A. Swartz

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 14, 2026    5:15 PM

/s/    Kristian Aquino
Signature of Complainant
Kristian Aquino, Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer